THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES SMALL.— Motion granted so far as to extend appellant's time in which to bring the appeal on for argument to and including December 1, 1931. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

WILLIAM J. McROBERTS and Others v. NATIONAL DRY DOCK & REPAIR CO., INC., and Others.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of JAMES E. CASHION against CHARLES A. HARNETT, Commissioner of Motor Vehicles of the State of New York.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

DAVID G. EVANS v. GARRISON FIRE DETECTING SYSTEM, INC.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MAUD E. BROWN v. STEPHEN G. EGAN.— Motion granted in so far as to stay the trial of the action pending the determination by this court of the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

MARY KELLY v. JOHN H. EGGERS.— Motion granted. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

EMILY L. HOFFBAUER v. BLANKFORT-PLEHN-KATZ, INC., and Others. EMILY L. HOFFBAUER v. MARY KATZ and Others.— Motion granted upon plaintiff's posting a surety company bond to pay the costs provided for in the judgments appealed from and costs upon the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FAY BECHTOL NEY v. K. WINFIELD NEY.— Motion granted unless and until five days after plaintiff stipulates that joinder of issue shall not affect the appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. CHARLES ORDOVER.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

FRANK J. KILLIE v. HIBERNIA TRUST COMPANY.— Motion denied. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of an Arbitration of and Concerning Certain Matters in Difference between MILTON COHEN and Another, and RIDGARC CONSTRUCTION, INC., and Others, Impleaded, etc.— Motion granted upon condition that appellants file an undertaking to pay the judgment and costs in the event of affirmance of appeal. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

KALEEL A. TEEN v. JOSEPH A. MANDOUR.— Motion granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., Merrell, McAvoy, Martin and Sherman, JJ.

In the Matter of the Application of ABRAHAM MITCHELL against INDEPENDENT BUKARESTER SICK AID ASSOCIATION.— Motion denied, with ten dollars costs. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

ARTHUR M. LEE v. STANLEY P. WOODARD.— Motion for leave to appeal denied, with ten dollars costs. Motion for a stay granted upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.

GIOVANNI GIRARDON v. ROMOLO ANGELONE.— Motion for reargument granted. Motion for leave to appeal denied. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.